■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID M. SMITH, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Cayuga County Court, Corning, J.—criminal possession of controlled substance, fourth degree.) Present—Dillon, P. J., Callahan, Green, Davis and Lowery, JJ.

■ In the Matter of MICHAEL WILLIAMS, Appellant, v THOMAS A. COUGHLIN, as Commissioner of the Department of Correctional Services, et al., Respondents.— Judgment unanimously affirmed. Memorandum: Supreme Court properly dismissed the petition. Petitioner waived his claim that he did not receive adequate prehearing assistance by signing an assistance form indicating that the assistance was satisfactory and by not objecting at the hearing *(see, Matter of Law v Racette,* 120 AD2d 846, 847-848). The record indicates that petitioner's hearing was conducted properly and fairly in all respects *(see, Matter of Taylor v Coughlin,* 143 AD2d 489, 491). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Dillon, P. J., Callahan, Green, Davis and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN SCHIAVI, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Wyoming County Court, Dadd, J.—criminal trespass, second degree.) Present—Doerr, J. P., Denman, Balio, Lawton and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BAILEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Reed, J.—sexual abuse, first degree.) Present—Dillon, P. J., Boomer, Pine, Davis and Lowery, JJ.